SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

11 FEB -4 PM 5:11

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

David Wayne Trumble, )
    Plaintiff, )
)
vs. )
)
Consumer Recovery Associates, LLC, )
Jane Doe, )
    Defendant. )  **1:11**-cv- **0176** RLY -MJD
)

## COMPLAINT SEEKING DAMAGES FOR VIOLATION OF
## THE FAIR DEBT COLLECTION PRACTICES ACT

### I.   Introduction

1. This is an action for actual, punitive, and statutory damages, legal fees and costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et. seq (hereinafter referred to as the "FDCPA").

### II.   Jurisdiction and Venue

2. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d).

3. Venue lies in this District pursuant to 28 U.S.C. § 1391(b).

### III.   Parties

4. Plaintiff in this case is a resident of the full age of majority, domiciled in the City of Indianapolis, Marion County, Indiana.

5. Defendant in this case, Consumer Recovery Associates, LLC, (hereinafter referred to as "CRA"), is a debt collector as that term is defined by the FDCPA. CRA is a corporation under the laws of the State of Virginia, whose principal business address is 2697 International Parkway, Ste. 4-270, Virginia Beach, Virginia, 23452, and is licensed to do business in Indiana.

### IV.   Factual Allegations

6. CRA is a debt collection agency attempting to collect a debt from Plaintiff.

7. On the evening of December 27, 2010, Plaintiff received a phone call from Jane Doe, an employee or independent contractor of Defendant.

8. Jane Doe did not identify herself or the company she worked for at the beginning of that telephone conversation.

9. Plaintiff asked Jane Doe who was calling, and Jane Doe responded that she would not give Plaintiff that information without Plaintiff giving Jane Doe his social security number. At that point, Plaintiff ended the phone call.

## V. First Claim for Relief:
## Violation of the FDCPA

10. The allegations of Paragraphs 1 through 9 of the complaint are realleged and incorporated herewith by references.

11. Defendant violated the FDCPA by contacting Plaintiff as an attempt to collect a debt without identifying themselves, pursuant to 15 U.S.C. §1692(b)(1).

12. Defendant violated the FDCPA by contacting Plaintiffs by engaging in conduct that the natural consequence of which is to harass, oppress or abuse any person by not giving meaningful disclosure pursuant to 15 U.S.C. §1692(d).

13. Defendant violated the FDCPA by engaging in conduct the natural consequences of which is to harass, oppress, or abuse any person in connection with the collection of a debt, pursuant to 15 U.S.C. §1692(d) by demanding a social security number in exchange for Defendant's identifying information.

14. Defendant violated the FDCPA by using false, deceptive, or misleading representation or means in connection with the collection of any debt, pursuant to 15 U.S.C. §1692(e) by failing to give identifying information.

15. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages of $1,000, attorney fees, and costs.

WHEREFORE, Plaintiff, having set forth his claims for relief against Defendant, respectfully prays the Court as follows:

1. That Plaintiff has and recovers against Defendant a sum to be determined by the Court in the form of actual damages;

2. That Plaintiff has and recovers against Defendant a sum to be determined in the form of statutory damages;

3. That Plaintiff has and recovers against Defendant a sum to be determined in the form of punitive damages;

4. That Plaintiff has and recovers against Defendant all reasonable legal fees and expenses incurred by the attorney;

5. That Plaintiff has such other and further relief as the Court may deem just and proper.

Respectfully submitted,

_____
John T. Steinkamp
John Steinkamp and Associates
Attorney for Debtor/Plaintiff
5218 S. East Street. Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320

_____
Allison M. Wolfe
John Steinkamp and Associates
Attorney for Debtor/Plaintiff
5218 S. East Street. Suite E1
Indianapolis, IN 46227
Office: (317) 780-8300
Fax: (317) 217-1320