UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| David Wayne Trumble, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Consumer Recovery Associates, LLC., )<br>Jane Doe, )<br>)<br>Defendant. ) | Case No.: 1:11-cv-0176-RLY-MJD |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby dismisses this action against Defendant, Consumer Recovery Associates, LLC and Jane Doe with prejudice, with each party bearing its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

/s/   John Steinkamp
John Steinkamp
Attorney for Plaintiff
5218 S. East St., Ste. E1
Indianapolis, IN 46227
Office: (317) 780-8300

## CERTIFICATE OF SERVICE

John Steinkamp, attorney for the Plaintiff, hereby certifies to the Court as follows:

I have this 29th day of March, 2011, electronically filed the foregoing Notice of Dismissal with the Clerk of Court via the ECF/CMF system and also served a copy of the all parties in interest by placing the same in an envelope, first-class mail, postage prepaid, and addressed to each person at the place where he or she regularly conducts his business or profession as follows:

Louis Leonard Galvis
645 Stonington Lane
Fort Collins, Colorado 80525

                ___/s/ John Steinkamp___
                John Steinkamp
                John Steinkamp & Associates
                5218 S. East St., Ste. E1
                Indianapolis, IN 46227
                Office: (317) 780-8300